# United States Bankruptcy Court
## Southern District of New York

In re **Josulianaa, Inc.**      Case No. **25-10469**
Debtor(s)      Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Diana Mirdita-Dedvukaj**<br>**145 E 49th Street**<br>**New York, NY 10017** | | **100%** | **stock interests** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and Sole Shareholder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 10, 2025**      Signature **/s/ Diana Mirdita-Dedvukaj**
     **Diana Mirdita-Dedvukaj**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders