**<u>Adjourned Date & Time</u>**
**April 23, 2025 at 2:00 pm**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| **MARCO'S PIZZA OF N.Y. CORP**, | Case No. 25-10468-JPM |
| Debtors. | (Jointly Administered) |

----------------------------------------------------------X

### NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the section 341 meeting in the above-referenced Chapter 11 cases has been adjourned from April 16 2025 at 2:00 pm to **April 23 at 2:00 pm**.

DATED:   New York, New York
         April 15, 2025

        SHAFFERMAN & FELDMAN LLP
        Proposed Counsel for the Debtors
        137 Fifth Avenue, 9th Floor
        New York, New York 10010
        (212) 509-1802

        By: <u>Joel M. Shafferman_____</u>
        Joel M. Shafferman